UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-15-D-RJ-1

UNITED STATES OF AMERICA

v.

JAMES BRANDON GORDON

ORDER TO SEAL

Upon motion of the Defendant, James Bradon Gordon, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #37 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED. This 5 day of November, 2026.

J. Dever

James C. Dever III
United States District Judge